Russell S. Gans, CSB #186065
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorney for Plaintiffs
Robert A. Snyder and Brenda Ford

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT A. SNYDER and BRENDA FORD,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL F. SHOEN, Individually and in his capacity as Trustee of the PAUL F. SHOEN REVOCABLE TRUST, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 09-0316 JL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR REMAND** |

The parties to this action represent, stipulate and jointly respectfully request the following:

That the deadline for plaintiff to file a Motion to Remand this Action back to Humboldt County Superior Court be extended thirty days to **March 25, 2009**.

Dated: February 18, 2009        MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
Russell S. Gans
Attorneys for Plaintiffs,
ROBERT SNYDER and BRENDA FORD

1 | Dated: February 19, 2009    KERR & WAGSTAFFE LLP

3 | By: _____
    Ivo Labar
4 | Attorneys for Defendant,
    PAUL F. SHOEN

### ORDER

IT IS SO ORDERED that the deadline for plaintiffs to file a motion to remand this action back to Humboldt County Superior Court is extended thirty days to **March 25, 2009**.

Dated: February 20, 2009    _____
HONORABLE JAMES LARSON
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR REMAND