1   MICHAEL VON LOEWENFELDT (178665)
    IVO LABAR (203492)
2   **KERR & WAGSTAFFE LLP**
    100 Spear Street, Suite 1800
3   San Francisco, CA 94105–1528
    Telephone: (415) 371-8500
4   Fax: (415) 371-0500

5

6   Attorneys for Defendant
    PAUL F. SHOEN
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  ROBERT A. SNYDER and BRENDA FORD,        Case No. CV 09-0316 JL

12          Plaintiffs,                      **STIPULATION AND ORDER
                                             EXTENDING TIME TO FILE
13  v.                                       OPPOSITION TO MOTION TO
                                             REMAND AND CONTINUING
14  PAUL F. SHOEN, Individually and in his   HEARING ON MOTION TO REMAND**
    capacity as Trustee of the PAUL F. SHOEN
15  REVOCABLE TRUST, and DOES 1 through
    10, inclusive,                           DATE: May 27, 2009
16                                           TIME: 9:30 a.m
            Defendants.                      DEPT: F, 15th Floor
17
                                             Honorable James Larson
18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

Plaintiffs Robert A. Snyder and Brenda Ford ("Plaintiffs") and Defendant Paul F. Shoen ("Defedant"), collectively ("Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS Defendant filed a Notice of Removal of Action under 28 U.S.C. § 1441(b) on January 23, 2009;

WHEREAS on March 20, 2009 an Order was granted extending the time for Plaintiffs to file a Motion for Remand pursuant to stipulation by the Parties;

WHEREAS Plaintiff's Notice of Motion to Remand was filed on March 24, 2009;

WHEREAS the Parties intend to pursue settlement negotiations, early neutral evaluation, or some other form of alternative dispute resolution during the interim period;

NOW THEREFORE, the parties, by and through their counsel of record, do hereby stipulate as follows:

1) Extend the time to file the Opposition to the Motion to Remand until May 6, 2009;

2) Continue the hearing on the Motion to Remand currently set for April 29, 2009 until May 27, 2009.

DATED: April 7, 2009

**KERR & WAGSTAFFE LLP**

By _____/s/_____

IVO LABAR

Attorneys for Defendant
PAUL F. SHOEN



1  DATED: April 6, 2009

2  **MITCHELL, BRISSO, DELANEY & VRIEZE, LLP**

3

4  By

   RUSSELL S. GANS

5

6  Attorneys for Plaintiffs,
   Robert A. Snyder and Brenda Ford

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO REMAND

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadline for Defendant to file an Opposition to Motion to Remand this Action to Humboldt County Superior Court is extended to May 6, 2009.

The hearing on the Motion to Remand is continued until May 27, 2009.

DATED: ___April 8, 2009_____          _____

Honorable James Larson



STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO REMAND